■ In the Matter of UMAR RASHID, Petitioner, v PHILIP COOMBE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [661 NYS2d 816] —Determination unanimously confirmed without costs and petition dismissed. Memorandum: The determination that petitioner violated inmate rule 113.12 (7 NYCRR 270.2 [B] [14] [iii]) by possessing an opiate is supported by substantial evidence (*see, People ex rel. Vega v Smith*, 66 NY2d 130, 139). Although the SYVA test manual indicates that an ingredient in the cough syrup medication taken by petitioner "could" cause a false positive result, hearsay evidence provided by facility medical personnel and the toxicology laboratory utilized by respondent establish that petitioner did not ingest enough of the cough syrup to cause a false positive result. Further, the record does not support the contention that the Hearing Officer improperly considered petitioner's previous drug violations as evidence of guilt of the instant offense (*cf., Matter of Lonski v*

*Coughlin,* 126 AD2d 981, 982). (CPLR art 78 Proceeding Transferred by Order of Supreme Court, Wyoming County, Dadd, J.) Present—Denman, P. J., Green, Doerr, Balio and Fallon, JJ.